1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10
11
TAURUS A. BAKER,

No. 1:19-cv-00285-SKO (HC)
12
Petitioner,
13
v.

**ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**
14
JOE A. LIZARRAGA,
15
Respondent.
16
17
        Petitioner, Taurus A. Baker, a state prisoner proceeding *pro se*, filed a habeas corpus action
18
pursuant to 28 U.S.C. § 2254 on March 1, 2019, in this court.  Petitioner is challenging
19
constitutional violations related to his trial in Sacramento, California.
20
        Venue for a habeas action is proper in either the district of confinement or the district of
21
conviction.  38 U.S.C. § 2241 (d).  In a state with multiple federal districts, the District Court of the
22
district in which a petitioner is confined may, in its discretion, transfer a petition concerning
23
24
conviction and sentencing to the district in which the petitioner was convicted and sentenced.  Such
25
transfer generally furthers judicial economy since the witnesses and documentation are present in
26
the district of conviction and sentencing.
27
28

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: __**March 5, 2019**__                              _____/s/ _Sheila K. Oberto_____
                                                         UNITED STATES MAGISTRATE JUDGE